Brady Hall (ISB No. 7873)
Brady Hall Law, PLLC
950 W. Bannock St., Suite 1100
Boise, Idaho 83702
Telephone: (208) 559-6656
Facsimile: (844) 470-3041
Email: brady@bhlawidaho.com

*Counsel for Third-Party Defendants Leavitt Select Insurance Services, Inc. and Leavitt Group Enterprises, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORCO, INC., an Idaho corporation,<br><br>Defendant.<br><br>NORCO, INC., an Idaho corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LEAVITT GROUP ENTERPRISES, INC., a Nevada corporation; LEAVITT GROUP OF BOISE, INC., an Idaho corporation; ARCHIBALD INSURANCE CENTER INC., an Idaho corporation, and LEAVITT SELECT INSURANCE SERVICES, INC., an Idaho corporation,<br><br>Third-Party Defendants | Case No. 1:25-cv-00562-AKB<br><br>**MOTION TO STRIKE AND DISMISS THIRD PARTY COMPLAINT** |

**MOTION TO STRIKE AND DISMISS THIRD PARTY COMPLAINT – pg. 1**

Defendants Leavitt Group Enterprises, Inc. and Leavitt Select Insurance Services, Inc. (collectively "Leavitt"), by and through counsel of record, hereby respectfully request that this Court (1) strike Norco, Inc.'s ("Norco") Third-Party Complaint (Dkt. 5) due to Norco's failure to comply with Rule 14 of the Federal Rules of Civil Procedure; (2) decline to exercise supplemental jurisdiction over Norco's state law claims under 28 U.S.C. § 1367; or, in the alternative, (3) dismiss Norco's claims against Leavitt pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is supported by a separate memorandum filed contemporaneously herewith in compliance with Rule 7.1(b)(1) of the District of Idaho Local Civil Rules.

DATED this 28th day of November 2025.

*/s/ Brady Hall*
Brady Hall

**MOTION TO STRIKE AND DISMISS THIRD PARTY COMPLAINT – pg. 2**